NOT FOR PUBLIC VIEW

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FILED
2008 JUL 25 AM 8:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

#1544987

Southern District of California

UNITED STATES OF AMERICA

V.

Helen Cavanaugh

## WARRANT FOR ARREST

Case Number: '08 MJ 2230

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Helen Cavanaugh
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☐ Indictment
- ☐ Information
- ☑ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

RECEIVED
2008 JUL 22 P 4:06
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

charging him or her with (brief description of offense)

☑ in violation of Title 18 United States Code, Section(s) 641

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

LEO S. PAPAS
Name of Issuing Officer

[signature]
Signature of Issuing Officer

MAGISTRATE JUDGE
Title of Issuing Officer

JUL 22 2008 SAN DIEGO, CALIF.
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named individual at | | |
| DATE RECEIVED 7/22/08 | NAME AND TITLE OF ARRESTING OFFICER Michael Blas Special Agent | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 7/24/08 | | |

CLASS II

Dept of labor (OIG)

Carolyn Han x 5220

2699 (Theft of Govt funds)