✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

`` DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.

HELEN CAVANAUGH,
Defendant.

## APPEARANCE

Case Number: 08MJ2230

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HELEN CAVANAUGH

I certify that I am admitted to practice in this court.

7/30/2008
Date

/s/ STEVEN L. BARTH
Signature

Steven L. Barth / Federal Defenders of SD — 224185
Print Name — Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 — (619) 687-2666
Phone Number — Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 30, 2008

*/s/ Steven L. Barth*

STEVEN L. BARTH
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Steven_Barth@fd.org