FILED

08 AUG 20 PM 4:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HELEN CAVANAUGH,<br>Defendant. | Criminal Case No. '08 CR 2800 JAH<br><u>I N D I C T M E N T</u><br>Title 18, U.S.C., Sec. 1341 - Mail Fraud; Title 18, U.S.C., Sec. 641 - Theft of Government Property; Title 18, U.S.C., Sec. 287 - False, Fictitious, or Fraudulent Claims |

The grand jury charges:

<u>Counts 1-4</u>

<u>MAIL FRAUD</u>

[18 U.S.C. § 1341]

On or about the dates set forth below, within the Southern District of California, and elsewhere, defendant HELEN CAVANAUGH, having devised and intending to devise a material scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, to wit, receiving benefits from the United States Department of Labor's Black Lung Program to which defendant HELEN CAVANAUGH was not entitled, for the purpose of executing such scheme and artifice and attempting so to do,

//

CPH:nlv:San Diego
8/20/08

placed in a post office and authorized depository for mail matter, a matter and thing to be sent and delivered by the Postal Service, and deposited and caused to be deposited a matter and thing to be sent and delivered by a private and commercial interstate carrier, and knowingly caused to be delivered by mail and such carrier according to the direction thereon, it was addressed, a matter and thing, as set forth below:

| Count | Date | Item |
|---|---|---|
| 1 | June 24, 2004 | Representative Payee Report (CM-623 form) sent by US mail to Black Lung Program |
| 2 | November 23, 2004 | Report of Changes that May Affect Your Black Lung Benefits Form (CM-929) sent by mail to Black Lung Program |
| 3 | July 25, 2005 | Representative Payee Report (CM-623 form) sent by US mail to Black Lung Program |
| 4 | August 7, 2006 | Representative Payee Report (CM-623 form) sent by US mail to Black Lung Program |

All in violation of Title 18, United States Code, Section 1341.

//

//

//

//

//

//

Counts 5-42

THEFT OF GOVERNMENT PROPERTY

[18 U.S.C. § 641]

On or about the following dates, within the Southern District of California, defendant HELEN CAVANAUGH did knowingly embezzle, steal, purloin, and knowingly convert to her own use money of the United States Department of Labor, a department of the United States, namely, Black Lung Program benefits which were mailed to defendant HELEN CAVANAUGH as the representative payee for the benefit of Helen Wasylchuck, to which CAVANAUGH knew she was not entitled,

| COUNT | DATE | AMOUNT |
|---|---|---|
| 5 | 8/15/03 | $534.60 |
| 6 | 9/15/03 | $534.60 |
| 7 | 10/15/03 | $534.60 |
| 8 | 11/15/03 | $534.60 |
| 9 | 12/15/03 | $534.60 |
| 10 | 1/15/04 | $534.60 |
| 11 | 2/15/04 | $542.70 |
| 12 | 3/15/04 | $549.00 |
| 13 | 4/15/04 | $549.00 |
| 14 | 5/15/04 | $549.00 |
| 15 | 6/15/04 | $555.30 |
| 16 | 7/15/04 | $549.00 |
| 17 | 8/15/04 | $549.00 |
| 18 | 9/15/04 | $549.00 |
| 19 | 10/15/04 | $549.00 |
| 20 | 11/15/04 | $549.00 |
| 21 | 12/15/04 | $549.00 |

| COUNT | DATE | AMOUNT |
|---|---|---|
| 22 | 1/15/05 | $549.00 |
| 23 | 2/15/05 | $562.80 |
| 24 | 3/15/05 | $562.80 |
| 25 | 4/15/05 | $562.80 |
| 26 | 5/15/05 | $562.80 |
| 27 | 6/15/05 | $562.80 |
| 28 | 7/15/05 | $562.80 |
| 29 | 8/15/05 | $562.80 |
| 30 | 9/15/05 | $562.80 |
| 31 | 10/15/05 | $562.80 |
| 32 | 11/15/05 | $562.80 |
| 33 | 12/15/05 | $562.80 |
| 34 | 1/15/06 | $562.80 |
| 35 | 2/15/06 | $574.60 |
| 36 | 3/15/06 | $574.60 |
| 37 | 4/15/06 | $574.60 |
| 38 | 5/15/06 | $574.60 |
| 39 | 6/15/06 | $574.60 |
| 40 | 7/15/06 | $574.60 |
| 41 | 8/15/06 | $574.60 |
| 42 | 9/15/06 | $574.60 |

All in violation of Title 18, United States Code, Section 641.

//

//

//

//

//

Count 43

FALSE, FICTITIOUS, OR FRAUDULENT CLAIMS

[18 U.S.C. § 287]

On or about June 24, 2004, within the Southern District of California, defendant HELEN CAVANAUGH, did make and present to the United States Department of Labor, a Department of the United States, claims upon and against the United States' Black Lung Program, knowing such claims to be false, fictitious, and fraudulent in that she submitted a Representative Payee Report (CM-623) in which she falsely represented that Helen Wasylchuck was living with defendant HELEN CAVANAUGH and that the disbursed Black Lung Program's benefits had been used or saved for Helen Wasylchuck; in violation of Title 18, United States Code, Section 287.

Count 44

FALSE, FICTITIOUS, OR FRAUDULENT CLAIMS

[18 U.S.C. § 287]

On or about July 25, 2005, within the Southern District of California, defendant HELEN CAVANAUGH, did make and present to the United States Department of Labor, a Department of the United States, claims upon and against the United States' Black Lung Program, knowing such claims to be false, fictitious, and fraudulent in that she submitted a Representative Payee Report (CM-623) in which she falsely represented that Helen Wasylchuck was living with defendant HELEN CAVANAUGH and that the disbursed Black Lung Program's benefits had been used or saved for Helen Wasylchuck; in violation of Title 18, United States Code, Section 287.

//

//

Count 45

FALSE, FICTITIOUS, OR FRAUDULENT CLAIMS

[18 U.S.C. § 287]

On or about August 7, 2006, within the Southern District of California, defendant HELEN CAVANAUGH, did make and present to the United States Department of Labor, a Department of the United States, claims upon and against the United States' Black Lung Program, knowing such claims to be false, fictitious, and fraudulent in that she submitted a Representative Payee Report (CM-623) in which she falsely represented that Helen Wasylchuck was living with CAVANAUGH and that the disbursed Black Lung Program's benefits had been used or saved for Helen Wasylchuck; in violation of Title 18, United States Code, Section 287.

DATED: August 20, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CAROLINE P. HAN
Assistant U.S. Attorney